```
                              United States Bankruptcy Court
                                Northern District of Ohio
In re:                                                                  Case No. 12-35426-rls
Nathaniel A. Hite                                                       Chapter 7
Ellen M. Hite
         Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0647-3           User: admin                Page 1 of 3            Date Rcvd: Mar 28, 2013
                               Form ID: 234               Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2013.
```
db/db        +Nathaniel A. Hite,    Ellen M. Hite,    502 W. Bremen Street,    New Knoxville, OH 45871-9746
21981071      CompuNet Clinical Laboratories,    P O Box 714133,    Cincinnati, OH 45271-4133
22065364     +Dayton Children's Medical Center,    One Children's Plaza,    Dayton, Ohio 45404-1815
21981072      Dayton Pediatric Imaging, Inc.,    P O Box 3123,    Indianapolis, IN 46206-3123
21981073      Digestive Specialty Care Inc.,    3130 N. Cty Rd 25A, Suite 109,    Troy, OH 45373-1337
21981074     +Eric Wasserman, Esq.,    55 Public Square #799,    Cleveland, OH 44113-1914
21981076      First National Bank and Trust,    3rd and High Street,    Hamilton, OH 45011
21981077      HSBC/SCUSA,    P O Box 961245,    Fort Worth, TX 76161-0244
22181392     +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
21981079     +Kettering Anesthesia Assoc Inc.,    3533 Southern Blvd,    Suite 3400,    Dayton, OH 45429-1288
21981080      KeyBridge,    P O Box 1568,    Lima, OH 45802-1568
21981081      Lima Radiological Assoc,    P O Box 5128,    Lima, OH 45802-5128
21981082     +North Shore Agency,    P O Box 4945,    Trenton, NJ 08650-4945
21981083      Pediatric Prod dba Xpress Nebs,    10679 McSwain Drive,    Cincinnati, OH 45241-3168
21981084      Premier Health Specialists,    P O Box 630896,    Cincinnati, OH 45263-0896
21981086      Santander Consumer USA,    P O Box 105255,    Atlanta, GA 30348-5255
21981087     +Steven C. Katchman, Esq.,    137 N. Main Street, Suite 610,    Dayton, OH 45402-1737
21981091      US Bank,   c/o CKS Financial,    P O Box 2856,    Chesapeake, VA 23327-2856
21981093      Wells Fargo EFS,    P O Box 84712,    Sioux Falls, SD 57118-4712
21981094     +Wilson Care Inc.,    915 W. Michigan Street,    Sidney, OH 45365-2401
21981095     +Wilson Memorial Hospital,    P O Box 966,    Sidney, OH 45365-0966
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22169857      EDI: AIS.COM Mar 28 2013 22:13:00      American InfoSource LP as agent for,    Verizon,
               PO Box 248838,    Oklahoma City, OK   73124-8838
21981070      EDI: RMCB.COM Mar 28 2013 22:13:00      American Medical Collection Agency,    P O Box 1235,
               Elmsford, NY 10523-0935
22065366     +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Mar 28 2013 22:26:51      CashNet USA,
               200 West Jackson,    Suite 1400,    Chicago, Illinois 60606-6929
21981075      EDI: WFNNB.COM Mar 28 2013 22:13:00      Fashion Bug,    1103 Allen Drive,    Milford, OH 45150-8763
21981078      EDI: ICSYSTEM.COM Mar 28 2013 22:13:00      I.C. Systems,    P O Box 64437,
               Saint Paul, MN 55164-0437
22181392     +EDI: JEFFERSONCAP.COM Mar 28 2013 22:13:00      Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999
21981085     +E-mail/Text: jbprimecare@gmail.com Mar 28 2013 22:27:39      PrimeCare Physicians,
               1205 Fairington Drive,    Sidney, OH 45365-8144
21981086      EDI: DRIV.COM Mar 28 2013 22:13:00      Santander Consumer USA,    P O Box 105255,
               Atlanta, GA 30348-5255
21981088     +EDI: STF1.COM Mar 28 2013 22:13:00      SunTrust Mortgage Inc.,    P O Bx 79041,
               Baltimore, MD 21279-0041
21981089      E-mail/Text: hmcgrp@aol.com Mar 28 2013 22:27:00      The HMC Group,    29065 Clemens Rd, Suite 200,
               Westlake, OH 44145-1179
21981090      EDI: USBANKARS.COM Mar 28 2013 22:13:00      U S Bank,    P O Box 108,    Saint Louis, MO 63166-0108
21981091      EDI: CKSFINANCIAL.COM Mar 28 2013 22:13:00      US Bank,    c/o CKS Financial,    P O Box 2856,
               Chesapeake, VA 23327-2856
21981092      EDI: AFNIVZWIRE.COM Mar 28 2013 22:13:00      Verizon Wireless,    P O Box 660108,
               Dallas, TX 75266-0108
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            SunTrust Mortgage, Inc.
                                                                                   TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0647-3           User: admin                Page 3 of 3              Date Rcvd: Mar 28, 2013
                               Form ID: 234               Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2013 at the address(es) listed below:
              Bruce C French    b-french@onu.edu,
               bcfrench@woh.rr.com;brucecfrench@earthlink.net;bcf@trustesolutions.com;BCF@trustesolutions.net
              Martha R. Spaner    on behalf of Creditor   SunTrust Mortgage, Inc. ohbk@rslegal.com,
               rsbkecfbackup@gmail.com
              Quentin M Derryberry, II    on behalf of Debtor Nathaniel A. Hite qlaw@ureach.com,
               qlawii@gmail.com
              Quentin M Derryberry, II    on behalf of Debtor Ellen M. Hite qlaw@ureach.com,  qlawii@gmail.com
                                                                                                                                      TOTAL: 4

Northern District Of Ohio − Western Division
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

**In re:**
   Nathaniel A. Hite
   Ellen M. Hite
   fka Ellen Seidel−

**Case No.:** 12−35426−rls

**Chapter:** 7

**Address:**
   502 W. Bremen Street
   New Knoxville, OH 45871

**Last four digits of Social Security No.:**
   xxx−xx−4714
   xxx−xx−4427

**DISCHARGE OF DEBTOR
IN A CHAPTER 7 CASE**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:** March 28, 2013
Form ohnb234

/s/ Richard L. Speer
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharge Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (In a case involving community property:) There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminated a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**